UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LYNNE MURPHY,<br><br>   Plaintiff,<br><br>   v.<br><br>BANK OF NEW YORK MELLON, et al.,<br><br>   Defendants. | Case No. 13-cv-02424-JST<br><br>**ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: ECF No. 2 |

      Plaintiff Theresa Lynne Murphy moves for an ex-parte temporary restraining order barring Defendants Bank of New York Mellon, Mortgage Electronic Registration System, Merscorp, and Wolf Firm from recording a Notice of Trustee's Sale on Monday, June 3, 2013, with respect to the property located at 11 High Street, #201, San Francisco, California, 94117 ("the property"). ECF No. 2; see also Murphy Decl. ¶ 2, ECF No. 5.

      Upon review of Murphy's submissions, the Court concludes that Murphy has shown that she will suffer immediate and irreparable injury in the absence of the temporary restraining order because the recordation of the Notice of Trustee's Sale will set a date for the sale of the property, which is her residence and only source of income. See Murphy Decl. ¶ 2 ("I will be forced out of my home . . . I could not protect my property rights from the street homeless and penniless, as my only income is the rent from the 2 bedrooms in my home"). Murphy also has demonstrated that she has a reasonable probability of prevailing on the merits by submitting documentation showing that she has title to the property and that Defendants' attempts to sell the property are unlawful. See Request for Judicial Notice, Ex. 1-13, ECF No. 5.

      The Court also concludes that Murphy has attempted to notify Defendants of her request for a temporary restraining order and that the balance of harms weighs in her favor because

1  Defendants are unlikely to suffer harm from the modest postponement of the recordation at issue.

2  See ECF Nos. 11-13, Certificates of Service; Murphy Decl. ¶ 2.

3  Accordingly, Defendants are enjoined from recording the Notice of Trustee's Sale until

4  further order of the Court.  A hearing on Murphy's motion for a preliminary injunction will be

5  held on June 17, 2013, at 2:00 p.m., in Courtroom 9, United States District Court, 450 Golden

6  Gate Avenue, 19th Floor, San Francisco, California.  Murphy shall serve this Order immediately

7  on each of the Defendants and file certificates of service.

8  **IT IS SO ORDERED**.

9  Dated: May 31, 2013

_____
JON S. TIGAR
United States District Judge