United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LYNNE MURPHY,<br><br>  Plaintiff,<br><br>  v.<br><br>BANK OF NEW YORK MELLON, et al.,<br><br>  Defendants. | Case No.  14-cv-02030-JSC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING WHEHTER CASES ARE RELATED** |

  Plaintiff Theresa Lynne Murphy, proceeding pro se, filed this civil complaint concerning certain real property located at 11 High Street, No. 201, San Francisco, California on May 2, 2014.  (Dkt. No. 1.)  Plaintiff previously filed three other civil suits in this district against many of the same defendants concerning the same real property, *see Murphy v. Bank of New York Mellon*, Nos. 13-cv-2424 JST, 13-cv-2752 JST, 13-cv-2820 JST.  Judge Tigar related case numbers 13-cv-2424 and 13-cv-2752 and the cases were dismissed for lack of subject matter jurisdiction.  Shortly thereafter, Plaintiff filed a new case, No. 13-cv-2820, which was related to the prior actions.  Judge Tigar dismissed that action for lack of subject matter jurisdiction on October 30, 2013.  *See* No. 13-cv-2820, Dkt. No. 46.  Plaintiff appealed that dismissal to the Ninth Circuit Court of Appeals (Dkt. No. 47), but subsequently moved to voluntarily dismiss her appeal.  *See Murphy v. The Bank of New York Mellon*, No. 13-17351, Dkt. No. 5 (9th Cir.).  The same day Plaintiff moved to dismiss her appeal, she filed a new civil action here which was assigned to the undersigned, *see Murphy v. Bank of New York Mellon*, No. 14-cv-2030 JSC.  The new action concerns the same real property subject to the prior actions and involves many of the same parties.

  In light of the similarities between these cases, and given that Judge Tigar has related

Plaintiff's prior actions regarding the same real property, the undersigned respectfully refers the above-captioned action to Judge Tigar pursuant to Civil L.R. 3-12(c) to consider whether this case is related to the 13-2424, 13-2752 and 13-2820 actions.

**IT IS SO ORDERED.**

Dated: June 18, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge